UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

DASHAUN JAMISON,  
    Plaintiff

v.      CIVIL NO. 1:12-CV-1500

DAVID VARANO, *et al.*,  
    Defendants

*O R D E R*

AND NOW, this 22nd day of April, 2013, upon consideration of the report and recommendation of the magistrate judge (Doc. 40), filed February 6, 2013, to which no objections were filed, and upon independent review of the record, it is ORDERED that:

    1. The magistrate judge's report (Doc. 40) is adopted.

    2. Plaintiff's motion for a preliminary and permanent injunction (Doc. 21) is DENIED.

    3. Plaintiff's motion to withdraw his motion for a preliminary and permanent injunction (Doc. 48) is DENIED as MOOT.

    4. The above-captioned case is remanded to the magistrate judge for further proceedings, including a Report and Recommendation on dispositive motions, if necessary.

                                    /s/ William W. Caldwell  
                                    William W. Caldwell  
                                    United States District Judge