UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

DASHAUN JAMISON,
    Plaintiff

v.      CIVIL NO. 1:12-CV-1500

DAVID VARANO, *et al.*,
    Defendants

## *O R D E R*

AND NOW, this 17th day of June, 2014, upon consideration of the thorough and detailed Report and Recommendation filed by Chief Magistrate Martin C. Carlson (Doc. 75), to which no objections have been filed, it is Ordered that said Report is approved and accepted.

Pursuant to the recommendation of the Magistrate Judge, it is further Ordered that:

    i) Defendant Zanella's motion to dismiss (Doc. 25) is granted.

    ii) Plaintiff's complaint is dismissed with prejudice as to Defendant Zanella.

        /s/ William W. Caldwell
        William W. Caldwell
        United States District Judge